Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10 Madison Avenue, Suite 402
Morristown, New Jersey 07960
(973) 656-1600
lynelle.slivinski@ogletreedeakins.com
Attorneys for Defendant
Tyco Healthcare Group LP

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 7 2006 ★
BROOKLYN OFFICE

RECEIVED
AUG - 1 2006
IN CHAMBERS OF
HON. VIKTOR V. POHORELSKY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VICTOR GUEVARES,

    Plaintiff,

vs.

ACXIOM, TYCO INTERNATIONAL LTD., and
TYCO HEALTHCARE GROUP, LP,

    Defendant.

---

Case No. 06 CIV. 2930 (GLEESON)

**ORDER ADMITTING MARK DIANA, ESQ. TO PARTICIPATE PRO HAC VICE**

**Document Filed Electronically**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Mark Diana, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of Tyco Healthcare Group LP.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.



The attorney admitted <u>pro</u> <u>hac</u> <u>vice</u> must serve a copy of this Order on all other counsel in this case.

Dated: August 1, 2006

s/Viktor Pohorelsky
~~Hon. John Gleeson, U.S.D.J.~~
USMJ

cc: Mark Diana, Esq.
    Court File

4201919v2